UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MELVIN MACAUALY,

    Plaintiff,

v.                                                                                                 Case No. 08-14097
                                                                                            Hon. Lawrence P. Zatkoff
TIBURON FINANCIAL, L.L.C. and
WELLS FARGO FINANCIAL NATIONAL BANK

    Defendants.
_____/


## ORDER TO DISMISS IN PART

Plaintiff filed his complaint on September 24, 2008. Plaintiff's complaint contains the following five counts:

    Count I       Violations of the Fair Debt Collection Practices Act

    Count II      Violation of the Telephone Consumer Protection Act

    Count III     Violations of the Michigan Occupational Code

    Count IV     Violation of the Fair Credit Billing Act

    Count V      Violations of the Michigan Collection Practices Act

The Court has subject-matter jurisdiction over Counts I, II, & IV because they arise under federal law. 28 U.S.C. § 1331. Counts III & V, however, are based on state law. Although the Court has supplemental jurisdiction over state-law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *Id.* § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims in this matter. The Court finds that the contemporaneous presentation

of Plaintiff's parallel state claims for relief will result in the undue confusion of the jury. *See id.*; *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state-law claims (Counts III & V) are hereby DISMISSED without prejudice. The Court retains jurisdiction over Plaintiff's federal claims (Counts I, II, & IV).

IT IS SO ORDERED.

          s/Lawrence P. Zatkoff
          LAWRENCE P. ZATKOFF
          UNITED STATES DISTRICT JUDGE

Dated: October 15, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 15, 2008.

          s/Marie E. Verlinde
          Case Manager
          (810) 984-3290